# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CIV 7948

Date Filed: 9/10/2007

Plaintiff:
**Leah Guggenheimer**

vs.

Defendant:
**The Allstate Corporation**

For:
Henry Baskerville
Law Offices of Daniel Lynch
150 S. Wacker Drive
Suite 2600
Chicago, IL 60606

Received by All American Attorney Services, Inc. to be served on The Allstate Corporation, 2275 Sanders Road, **Northbrook, IL 60062**.

I, Jason E. Laning, being duly sworn, depose and say that on the **18th day of September, 2007 at 4:40 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Derrick Redziora** as **Assistant Council** for **The Allstate Corporation**, at the address of: **2275 Sanders Road, Northbrook, IL 60062**, and informed said person of the contents therein, in compliance with state statutes.

I am a special process server and investigator, employed by All American Attorney Services, Inc., an Illinois licensed private detective agency, license number 0117-001311, and not party to the mentioned case. Under penalties as provided be law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this affidavit are true and correct.



Subscribed and Sworn to before me on the 19th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Jason E. Laning
115-001899

All American Attorney Services, Inc.
1042 Maple Avenue
Suite 150
Lisle, IL 60532
(630) 225-0464
Our Job Serial Number: 2007001670

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.2c