AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

LEAH GUGGENHEIMER

v.

THE ALLSTATE CORPORATION,

Case Number: 07 CIV 7948

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant The Allstate Corporation

I certify that I am admitted to practice in this court.

| | |
|---|---|
| October 26, 2007 | s/ John M. Aerni |
| Date | Signature |
| | John M. Aerni / JA-3394 |
| | Print Name / Bar Number |
| | 125 West 55th Street |
| | Address |
| | New York, New York 10019 |
| | City / State / Zip Code |
| | (212) 424-8231 / (212) 649-9321 |
| | Phone Number / Fax Number |