AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

LEAH GUGGENHEIMER

v.

THE ALLSTATE CORPORATION,

**APPEARANCE**

Case Number: 07 CIV 7948

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant The Allstate Corporation

I certify that I am admitted to practice in this court.

| | |
|---|---|
| October 30, 2007 | s/ James B. Manning |
| Date | Signature |
| | James B. Manning — JM-7502 |
| | Print Name — Bar Number |
| | 125 West 55th Street |
| | Address |
| | New York, New York, 10019 |
| | City, State, Zip Code |
| | (212) 424-8065 — (212) 649-0488 |
| | Phone Number — Fax Number |