*Robinson, J*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEAH GUGGENHEIMER, On Behalf of Herself and All Other Persons Similarly Situated, | CASE NO. 07-CIV-7948 (SCR) |
| Plaintiff, | |
| v. | STIPULATION EXTENDING TIME FOR RESPONSE TO COMPLAINT |
| THE ALLSTATE CORPORATION, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Leah Guggenheimer and Defendant The Allstate Corporation that the time within which the Defendant may answer, move or otherwise respond to the Complaint in this matter is hereby extended 60 days, from October 9, 2007 to and including December 8, 2007. No previous requests for extensions of time have been made.

Dated: New York, New York
October 2, 2007

GISKAN, SOLOTAROFF &
ANDERSON, LLP

By: _____
Oren Giskan (OG 3667)
11 Broadway, Suite 2150
New York, NY 10004
212-847-8315
*Attorneys for Plaintiff, Leah Guggenheimer*

DEWEY & LeBOEUF LLP

By: _____
John M. Aerni (JA 3394)
125 W. 55th Street
New York, NY 10019
212-424-8000
*Attorneys for Defendant, The Allstate Corporation*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

SO ORDERED:

DATED: ~~October~~ November 29, 2007

_____
Hon. Stephen C. Robinson, U.S.D.J.