THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LEAH GUGGENHEIMER, On Behalf of Herself and All Other Persons Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>THE ALLSTATE CORPORATION,<br><br>     Defendant. | CASE NO. 07-CIV-7948 (SCR) (GAY) |

---

### NOTICE OF JOINT MOTION TO TRANSFER VENUE

Upon the Joint Application submitted herewith, the parties in the above-captioned action hereby move pursuant to 28 U.S.C. § 1401(a) to transfer venue from the Southern District of New York to the Eastern District of New York for the convenience of the parties and witnesses and in the interests of justice.

Dated: December 14, 2007

GISKAN, SOLOTAROFF & ANDERSON, LLP

By: _____
 Oren Giskan (OG 3667)
 Catherine E. Anderson (CA 5129)
 11 Broadway, Suite 2150
 New York, NY 10004
 212-847-8315

THE LAW OFFICES OF DANIEL LYNCH
Daniel Lynch
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606

*Attorneys for Plaintiff, Leah Guggenheimer*

DEWEY & LeBOEUF

By: _____
 John M. Aerni (JA 3394)
 125 W. 55th Street
 New York, NY 10019
 212-424-8000

*Attorneys for Defendant,
The Allstate Corporation*