IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
LEAH GUGGENHEIMER, On Behalf of Herself and :    C.A. No. 07-CIV-7948 (SCR)
All Other Persons Similarly Situated, :
:
                  Plaintiff, :
:
vs. :
:
THE ALLSTATE CORPORATION, :
:
                  Defendant. :
---------------------------------------------------------------x

## NOTICE OF DISMISSAL

        Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses this action without prejudice.

Dated:      December 18, 2007

                                                                                 Oren S. Giskan (OG-3667)
                                                                                 GISKAN SOLOTAROFF &
                                                                                   ANDERSON LLP
                                                                               11 Broadway Suite 2150
                                                                               New York, NY 10004
                                                                               Tel: 212.847.8315
                                                                               ogiskan@gslawny.com