*Robinson, J*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

LEAH GUGGENHEIMER, On Behalf of
Herself and All Other Persons Similarly
Situated,

    Plaintiff,

v.

THE ALLSTATE CORPORATION,

    Defendant.

CASE NO. 07-CIV-7948 (SCR)

**STIPULATION EXTENDING TIME FOR RESPONSE TO COMPLAINT**

---

  The attorneys for the parties, plaintiff Leah Guggenheimer and defendant The Allstate Corporation, hereby agree and stipulate as follows:

  1. The parties contemplate that (a) they will jointly move to transfer this action to the United States District Court for the Eastern District of New York; (b) upon transfer, they will seek to consolidate this action with another action in the United States District Court for the Eastern District of New York, Sebrow v. Allstate Insurance Company, Case No. 07 Civ. 3929 (the "Sebrow Action"); and (c) plaintiff Leah Guggenheimer and plaintiffs in the Sebrow Action will thereafter serve and file an amended and consolidated complaint;

  2. In light of the foregoing, the parties hereby agree to extend The Allstate Corporation's time to answer, move or otherwise respond to the complaint in this matter until 30 days after plaintiff Leah Guggenheimer serves and files an amended or amended and consolidated complaint;

  3. One previous request for an extension of time to answer, move or otherwise respond to the complaint in this matter has been made. In that instance, the Court granted

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

defendant an extension of 60 days, from October 9, 2007, through and including December 8, 2007.

Dated: December 5, 2007

| | |
|---|---|
| GISKAN, SOLOTAROFF & ANDERSON, LLP | DEWEY & LeBOEUF |
| By: _____ <br> Oren Giskan (OG 3667) <br> 11 Broadway, Suite 2150 <br> New York, NY 10004 <br> 212-847-8315 <br> *Attorneys for Plaintiff, Leah Guggenheimer* | By: _____ <br> John M. Aerni (JA 3394) <br> 125 W. 55th Street <br> New York, NY 10019 <br> 212-424-8000 <br> *Attorneys for Defendant, The Allstate Corporation* |

SO ORDERED:

DATED: December 18, 2007

_____
Hon. Stephen C. Robinson, U.S.D.J.

2