IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
LEAH GUGGENHEIMER, On Behalf of Herself and : C.A. No. 07-CIV-7948 (SCR)
All Other Persons Similarly Situated,
 :
        Plaintiff, :

vs. :

THE ALLSTATE CORPORATION, :

        Defendant. :
----------------------------------------------------------x

## NOTICE OF DISMISSAL

    Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses this action without prejudice.

Dated:    December 18, 2007

*Case Closed*

Oren S. Giskan (OG-3667)
GISKAN SOLOTAROFF &
  ANDERSON LLP
11 Broadway Suite 2150
New York, NY 10004
Tel: 212.847.8315
ogiskan@gslawny.com

SO ORDERED
[signature]
USDJ  1/11/2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: